# Criminal Case Cover Sheet — U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: **Raymond A. Jackson** |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:19cr **171** |
| County/Parish: | Same Defendant: | New Defendant: ROBERT JAMES McCABE |
|  | Magistrate Judge Case Number: | Arraignment Date: |
|  | Search Warrant Case Number: |  |
|  | R 20/R 40 from District of _____. |  |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# | | |
|---|---|---|---|
| Defendant: ROBERT JAMES McCABE | | Alias Name(s): | |
| Address: West Palm Beach, FL | | | |
| Birth Date: xx-xx-1958 | SS#: xxx-xx-xxxx | Sex: M  Race:  Nationality: | Place of Birth: VA |
| Height: 5' 8" | Weight: 200 | Hair: BRO/BALD  Eyes: HZL | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | |
| | State ID: | | |

## Location Status:

| Arrest Date: | | |
|---|---|---|
| ☐ Already in Federal Custody as of: _____ in: _____. | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
| ☒ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested for |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: James O. Broccoletti | ☐ Court Appointed |
|---|---|
| Address: 6663 Stoney Point South, Norfolk, VA 23502 | ☒ Retained |
| Telephone: 757-466-0750 | ☐ Public Defender |
| Email: ▮▮▮▮▮▮▮▮▮▮ | |

## U.S. Attorney Information:

| AUSAs: Alan M. Salsbury, Melissa E. O'Boyle, Randy C. Stoker | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

Christopher Emsley, Special Agent (FBI)

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Honest Services Mail Fraud | 1, 2 | Felony |
| Set 2 | 18 U.S.C. §§ 1341, 2 | Honest Services Mail Fraud | 3-7 | Felony |
| Set 3 | 18 U.S.C. § 1951 | Conspiracy to Obtain Property Under Color of Official Right | 8, 9 | Felony |

Defendant's Name: ROBERT JAMES McCABE

District Court Case Number (To be filled in by Deputy Clerk):

## U.S.C. Citations (continued)

|  | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 4 | 18 U.S.C. § 1951 | Obtaining Property Under Color of Official Right | 10 | Felony |
| Set 5 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 11 | Felony |
| Set 6 | 18 U.S.C. §§ 981, 982 | Criminal Forfeiture | | |
| Set 7 | | | | |