quinn emanuel trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8151**

WRITER'S EMAIL ADDRESS
**benoneil@quinnemanuel.com**

May 28, 2020

**VIA ECF**
The Honorable Arenda Wright Allen
United States District Court
Eastern District of Virginia
Walter E. Hoffman
United States Courthouse
600 Granby Street
Norfolk, VA  23510

Re:     *United States v. McCabe et al.*, No. 2:19cr171

Dear Judge Allen:

      We write on behalf of Defendant Gerard Boyle to address Defendant Robert McCabe's Motion to Continue his trial ("Motion") (ECF 68).  While we do not take a position with respect to Mr. McCabe's Motion, if the Motion is granted, we respectfully request that Mr. Boyle's trial also be continued such that Mr. McCabe will still be tried first.  Maintaining the existing order of the trials will preserve the *status quo* and is in accordance with the Government's position that "it is in the public interest for the Court to try McCabe first" (ECF 59 at 2) and the Court's April 16, 2020 Scheduling Order (ECF 67 at 4) ("The interests of efficiency favor trying Mr. McCabe first on all charges.").

Respectfuly submitted,

*/s/ Ben A. O'Neil*

Ben A. O'Neil

cc:     All Counsel of Record (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART